# CASE ANNOUNCEMENTS
*April 12, 2010*

[Cite as *4/12/2010 Case Announcements*, 2010-Ohio-1623.]

## MOTIONS AND PROCEDURAL RULINGS

**In re Karnofel.**
On February 10, 2010, this court found Delores M. Karnofel to be a vexatious litigator under S.Ct.Prac.R. 14.5(B). This court further ordered that Karnofel was prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. On March 31, 2010, and April 5, 2010, Karnofel submitted motions for leave to proceed and motions for reconsideration. Upon review of the proffered documents, the court finds them without merit. Accordingly,

It is ordered by the court that Delores M. Karnofel's motions for leave are denied.

PFEIFER, Acting C.J.

**In re Sherrills.**
On March 31, 2008, this court found Daries Sherrills to be a vexatious litigator under S.Ct.Prac.R. 14.5(B). This court further ordered that Sherrills was prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. On March 30, 2010, Sherrills submitted a request for leave to file an appeal. Upon review of the proffered document, the court finds it without merit. Accordingly,

It is ordered by the court that Sherrills is denied leave to file an appeal.

PFEIFER, Acting C.J.

**2009–0232. State v. Lanier.**
Hamilton App. No. C–080162, 2008-Ohio-6906. It is ordered by the court, sua sponte, that this cause is no longer held for the decision in 2008–2037, *State v. Williams*, and the briefing schedule shall proceed.

It is ordered by the court that the clerk shall issue an order for the transmission of the record from the Court of Appeals for Hamilton County.

It is further ordered that briefing in case Nos. 2009–0232 and 2009–0328 shall be consolidated. The parties shall file two originals of each of the briefs permitted under S.Ct.Prac.R. 6.2 through 6.7 and include both case numbers on the cover page of the briefs. The parties shall otherwise comply with the requirements of S.Ct.Prac.R. 6.2 through 6.7.

PFEIFER, Acting C.J.

**2009–0328. State v. Lanier.**
Hamilton App. No. C–080162, 2008-Ohio-6906. It is ordered by the court, sua sponte, that this cause is no longer held for the decision in 2008–2037, *State v. Williams*, and the briefing schedule shall proceed.

It is ordered by the court that the clerk shall issue an order for the transmission of the record from the Court of Appeals for Hamilton County.

It is further ordered that briefing in case Nos. 2009–0328 and 2009–0232 shall be consolidated. The parties shall file two originals of each of the briefs permitted under S.Ct.Prac.R. 6.2 through 6.7 and include both case numbers on the cover page of the briefs. The parties shall otherwise comply with the

1534

requirements of S.Ct.Prac.R. 6.2 through 6.7.

PFEIFER, Acting C.J.

**2009–1807. State v. Little.**
Miami App. No. 2008 CA 18, 183 Ohio App.3d 680, 2009-Ohio-4403. This cause is pending before the court as an appeal from the Court of Appeals for Miami County. Upon consideration of the Ohio Public Defender's motions to strike the notice of appeal and to dismiss,

It is ordered by the court that the motions are denied. The Ohio Public Defender may file a memorandum in response to the memorandum in support of jurisdiction within 30 days of the date of this entry. The time for filing of appellant's merit brief is stayed, and the clerk shall not accept for filing any merit brief until further order by the court.

PFEIFER, Acting C.J., and O'CONNOR, J., dissent and would grant the motion to dismiss.

## MISCELLANEOUS DISMISSALS

**2010–0036. Duncan v. Fifth Dist. Court of Appeals.**
In Mandmaus and Procedendo. This cause originated in this court on the filing of a complaint for a writ of mandamus and procedendo. Upon consideration of relator's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

PFEIFER, Acting C.J.

## CASE ANNOUNCEMENTS
### *April 13, 2010*

[Cite as *04/13/2010 Case Announcements*, 2010-Ohio-1625.]

## MOTION AND PROCEDURAL RULINGS

**1997–1390. State v. Cornwell.**
Mahoning C.P. No. 96–CR–525. This cause came on for further consideration upon appellee's motion to set execution date.

It is ordered by the court that the motion is granted.

It is further ordered by the court that appellant's sentence be carried into execution by the Warden of the Southern Ohio Correctional Facility or, in his absence, by the Deputy Warden on Tuesday, November 16, 2010, in accordance with the statutes so provided.

It is further ordered that a certified copy of this entry and a warrant under the seal of this court be duly certified to the Warden of the Southern Ohio Correctional Facility and that said warden shall make due return thereof to the Clerk of the Court of Common Pleas of Mahoning County.

PFEIFER, Acting C.J.

**2008–1996. State v. Sutton.**
Cuyahoga App. No. 90172, 2008-Ohio-3677. It is ordered by the court, sua sponte, that this case is no longer held for the decision in 2008–2037, *State v. Williams.* The case is now held for the decision in 2009–0232 and 2009–0328, *State v. Lanier*, Hamilton App. No. C–080162, 2008-Ohio-6906, and briefing remains stayed.

PFEIFER, Acting C.J.